AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )   Case No. 20-sw-998-GPG |
| Information Associated with Account "peteiegreen", | ) |
| that is stored at premises controlled by | ) |
| Instagram, LLC | ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See "Attachment A", attached to and incorporated in this Application and Affidvait.

located in the _____ State and _____ District of _____ Colorado _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B attached hereto and hereby incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 875(c) | Interstate (Threatening) Communications |

The application is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
s/ John Busch
*Applicant's  signature*

_____
John Busch, SA
*Printed name and title*

Sworn to and signed by reliable electronic means.

Date: _____8/28/2020_____

_____
*Judge's signature*

City and state:  Grand Junction, Colorado

Gordon P. Gallagher, Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

IN RE SEARCH OF:                        )          **UNDER SEAL**
                                        )
INFORMATION ASSOCIATED WITH             )
INSTAGRAM USERNAME peteiegreen,         )          Case No. _____
THAT IS STORED AT PREMISES              )
CONTROLLED BY                           )
INSTAGRAM, LLC                          )

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, John Busch, a Special Agent with the Federal Bureau of Investigation, being first duly

sworn, hereby depose and state as follows:

**Introduction and Agent Background**

1.      I make this affidavit in support of an application for a search warrant for

information associated with Instagram account username "peteiegreen" (the "SUBJECT

ACCOUNT") that is stored at premises owned, maintained, controlled, or operated by Instagram,

LLC, ("Instagram") a social-networking company owned by Facebook, Inc. and headquartered in

San Francisco, California. The information to be searched is described in the following

paragraphs and in Attachment A. This affidavit is made in support of an application for a search

warrant under 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A), to require Instagram to disclose to

the government records and other information in its possession, including the contents of

communications, pertaining to the subscriber or customer associated with the SUBJECT

ACCOUNT.

2.      I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been

since 2015. Prior to my current position, I was a patrol officer and investigator during my five-

and-a-half-year career in local law enforcement. I am currently assigned to investigate a wide

3

variety of federal criminal violations to include interstate threatening communications, violent crimes, white-collar crimes, controlled substance crimes, terrorism, public corruption, computer crimes, fraud against the government, child pornography, and other violations.

3.      As part of my duties, I investigate criminal violations occurring in the Western Slope of Colorado.  I am the case agent on this case.  As such, I am fully familiar with the facts of the case.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 875 (Interstate Communications) have been committed by Darrell Holman.  There is also probable cause to search the SUBJECT ACCOUNT for information described in Attachment A for evidence of these crimes and items to be seized listed in Attachment B.

## JURISDICTION

6.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).]

## Probable Cause

7.      In November of 2019, Montrose Police Department (MPD) officers responded to the Hanging Tree RV Park, 17250 Highway 550, Montrose, CO, for a report of Darrell Holman,

AKA "Petey", making suicidal comments. Holman is a 43-year-old black male with a date of birth of X/XX/1977. Holman does not have a criminal history outside of traffic violations. Upon arrival, officers spoke with Holman who denied being suicidal and did declined to speak with officers at any depth.

8.       On June 21 of 2020, Holman's wife, Resetta Holman, committed suicide by means of a firearm in the motorhome that they lived in at the Hanging Tree RV Park. The motorhome is a 1978 Vogue motorhome; model FTH, Colorado license plate 788VQF, VIN: M60DA8T501088, with a registered owner of Margaret Hendrix. During the death investigation, MPD Detectives discovered ammunition and nine firearms in the motorhome. The firearms had the following serial numbers and descriptions:

    SER/HB015583 – H&K 416D

    SER/R105831 – Derya Arms, NV

    SER/192059F – No markings, shotgun

    SER/F20505 – Hi Point 1095

    SER/LGQ46 – Tek-Tec .380 pistol (used in suicide)

    SER/Q5773 – Kel-Tec K87

    SER/FFLZ05 – Kel-Tec Sub 2000

    SER/49305091 - Ruger 22 LR

    SER/MN41853B – Unknown – not documented

9.       In addition to the firearms, Holman had a large amount of ammunition and a drum style magazine that had a large capacity for ammunition.

10.       There was clear evidence that Resetta's death was a suicide. Holman was never a suspect.

11.     On the day of the suicide during an interaction with MPD officers, Holman was extremely uncooperative and attempted to reach into his vehicle – either a 2000 Subaru Outback or a 2012 Toyota Camry. When officers told him he could not he became more upset. Officers later learned that the vehicle Holman was attempting to get into had multiple firearms inside.

12.     On June 23, 2020, Crystal Richardson contacted the Montrose Police Department to report that Holman was suicidal and had an extreme distrust and hate for law enforcement. Richardson described herself and her husband as best friends with Holman and that Holman had stayed with them the night prior. Richardson reported was not in a good mental state and that any contact with Holman could turn into a deadly situation for both sides.

13.     On June 30, 2020, Karl Watson, a friend of Holman reported to the MPD that Holman was fired from his job at a marijuana dispensary in Telluride, CO and soon after sent Watson concerning texts. Watson reported that Holman was texting homicidal and suicidal things to him and that some of the messages lead Watson to believe that he would harm his former boss and that he had already harmed or killed someone.

14.     On July 15, 2020, Kabrianna Stephenson contacted the MPD to report harassment via social media by Holman – Stephenson's stepfather. Stephenson also reported that Holman was making specific threats towards her younger brother (Holman's son), Deunta Coleman. The threats and harassment were mainly over social media, specifically a picture sharing application named Instagram. For reference, Instagram is a social media platform specifically used for picture/video sharing where a user's account can be open to public view or marked private. When an account is private, a "follow request" can be completed in order to see the specific profile. The user has to accept the request in order for this to happen. Instagram also has picture caption, comment, and messaging

6

capabilities. Stephenson reported that Holman went by the name of "peteiegreen" on Instagram

and his profile was open to public view. Of note, "Peteie Green" is also the name that

Holman uses via Facebook. Using the Instagram application, an MPD officer looked up the name

"peteiegreen" and was able to locate a very active profile, open to public view, which clearly

showed pictures and videos of Holman's face. The officer recognized the male in the pictures and

videos as Holman from previous law enforcement contact with him on 06/21/2020.

15.     MPD and the FBI reviewed Holman's Instagram videos and pictures. A

video was posted on July 13, 2020 with a location of the Ute Indian Museum – the museum is

located across the highway from where Holman's motorhome was parked. The video shows what

appears to be a small vial of ashes hanging from the rearview mirror in a vehicle. Holman says

something along the lines of, "I ride with her everywhere I go." Holman then turns the camera

around to face him and begins speaking. Holman says, "Tay (nickname for Deunta Coleman) if I

ever fucking see yo ass imma light yo ass the fuck up. On my daddy fucking soul. On my

wife grave. I'm not playin these games wit y'all hoe ass niggas, who is part time kids. Part time

family members. Talkin all this shit. Y'all mother fuckers wasn't here when she

was spazin. Y'all mother fuckers didn't know what she was going through. So yeah, we had an

argument. Cool but she was fucked up way before that. Y'all don't even know what happened

that whole fuckin weekend because you only snapchatted her, talked to her when you

had y'all fuckin problems. The niggas who swung at her, disrespected her, called out her name,

ran from the house and all this shit, wanna act like 'Oh my God I love her so much!'. That's

because your punk ass... Man I should've left you in a home cuz. Your ribs so broke nobody

wanted your dumb ass because they thought you was retarded. So fuck you, nigga. Imma end

that fucked up life for you. If you got a problem come see me. Ain't no passes given. I've got a

perfect bullet just for your ass, man." He then holds up a box of hollow-point ammunition and says, "These mutha fuckas is like $40.00 a piece. Fuck yo bitch as up quit playin wit me". The box has a clear top, which shows the tops of the rounds. The caption with this video stated the following: "This goes out to any mf talk shit or want smoke fuck your feeling and if drama betta bring your best cause I dint think you have any idea .. @deunta17 so if you ever want not to be the bitch Ass neglects wish some love look ass boy you are come see bitch".  Upon clicking on the "@deunta17", it led to another profile on Instagram, which belonged to Deunta Coleman.

16.     A video posted on July 14, 2020 begins with it pointed towards a television. A male begins speaking and the camera is then turned around. Holman was then in the view of the camera and he stated the following: "Hey man, been up cleanin and shit. Re-arrangin some stuff. Trippin mother fuckers talkin shit. Man, Tay Tay Tay, come on now. You can't call me broke when my gun collection costs more than everything you own. See imma fuck wit you now." Holman is difficult to understand in the remainder of the video, however, it is clear that he begins speaking about Coleman's girlfriend, who was later identified as Rhyan Cockroft.  The caption along with this video stated the following: "Hey gm @deunta17 you take the bag off her head *crying laughing emoji* man you a beast to for claiming that even og cut her out the picture y'all took because she was so disgusting.. she use it as her screen saver don't believe me as bunny *crying laughing emojis*" He also tagged Coleman's Instagram account in the video itself.

17.     Coleman and Holman comment back and forth on this specific post for an extended time. Coleman defends his girlfriend but does not make any threats. Holman continues antagonizing Coleman by commenting repeatedly, even after Coleman does not reply.

18.     Multiple videos were posted to Holman's Instagram on July 14, 2020 that were directed towards Coleman. In these videos, Holman insults Coleman and his girlfriend Rhyan Cockroft.

19.     A video posted to Holman's Instagram account on July 15, 2020 was of Holman speaking to the camera. At one point on the video, Holman addresses Coleman directly and says, "Imma piss in your mouth if I ever see you nigga. After I shoot yo ass. Ya bitch. And I'm tagging you in this shit". He then refers to his girlfriend as an "ugly ass cock sucking cum bucket".

20.     An additional video was posted on July 15, 2020, with the caption of, "Enough said pick your bullet  ..." Coleman was tagged in the video itself but not the caption. Holman is again laying down in the video and begins by explaining what he is doing/has done in the day so far. He also stated the following: "No love lost for nobody that ain't got love for me. Fuck you. And to all them people, like Deunta and anybody else talking shit, pick your bullet. 10mm? 9mm? .380? Shottie? And then pick which one you want. The expensive ones or the cheap ones cause imma put one in your head. Starting with your boy." He then sits up and says, "If you don't pick Tay, I think this the one imma use on ya" and holds a bullet in view of the camera. He continues, "This mutha fucka right here, bitch. It's a 10 mil right between yo mutha fuckin eyes. Imma fix your problems. You and that ugly ass cow of yours. Holla at yo boy". Coleman and Holman commented back and forth on this post. The conversation was as follows:

Coleman: "9mm"

Holman: "great my favorite... I'm use the good one too them RIPs your bitch get one too nigga"

Coleman: "great"

Holman: "thank you jedus thanks how your family say it you won't have a open casket cause after I empty the 30 I'm use the shotgun"

Holman: "And the best part you can or ain't gone do shit about it so enjoy your last days bitch @deunta17"

Holman: "I figure you would but I'm make you watch her die slowly and horrible before I put the bullet in you .. she still gone be breathing until I get tried of playing with her peeling her skin type shit"

Holman: "Make a coat out that shit and show shoes from you .. call it bum fit"

Holman: "Like I said you can stop it or do shit to prevent it .. so just wait to die or nut up and make it faster bring who ever you want they can go with .. I don't think you understand the point to where I'm at mentally.. but you gone find out"

21.    On July 15, 2020, Holman posted a video of a firearm, with the following caption: "Bitch boy prefect your Heffer suuuuuue weee is what you y'all when you want her huh @deunta17 but this next one is East gone make it Impossible to be seen hell have any parts left". This video began with Holman speaking and videoing the gun at the same time. He said, "This right there boy, that's the 10 millimeter. ... Fucker you want the 9. Fuck that. That nigga don't get the 9, he get the 10. You live with a moose I gotta take em down. A 10 will knock a big animal down. Can't wait to use my scalpel on that bitch ass nigga. Ooooooo. That's only one of them too." The firearm in the video is the same firearm from previous Instagram posts that Holman has made posing with the gun in a military style gas mask. Coleman commented on this video and said, "Just leave us alone my guy". Holman replied, "@deunta17 not til your dead *skull emoji* I don't think I will". Holman commented again, "@deunta17 you reported me dude you a pure bitch seriously man dam you a bitch".

22.     Holman then posted an additional video within the same period. This video was of two black long guns. One of the guns had a large drum magazine attached to it. The caption stated: "I'm use this one @deunta17". Holman said the following in this video: "Call that big ass fat bitch. I'll drop yo ass. Oh yeah. That here, that's a barrel. That's a drum." He then focuses on the drum magazine for a short time. He continues by saying, "Mmmm. No open casket for yo ass. I don't come with no handgun. I come with a 30 nigga!" He then moved the camera to the gun laying above. He said, "I got a 30 for that one too. These aren't even the best pieces in the collection nigga. Yo ass is mine".

23.     All of the videos were recorded and saved by MPD and FBI. A preservation request was made to Facebook/Instagram.

24.     Holman has posted at least 27 times on Instagram since the first video threatening Coleman posted on July 13, 2020. The majority of the posts referenced Coleman and Cockroft, threatening and harassing them both.

25.     An MPD Officer spoke with Coleman via phone and asked him to explain what was going on. The call was recorded. Coleman said that he was very concerned about Holman's current mental status. He said that Holman is his father and Holman's late wife, Resetta, was his stepmother. Coleman said that growing up, Holman was very abusive to him and his siblings. On one occasion, Holman choked him out until he was unconscious. Coleman said that the argument between him and his father (Holman) began when Holman posted about Resetta on Instagram. Coleman made the comment of, 'You shouldn't be posting about her". The MPD Officer read this comment upon reviewing the Instagram exchanges between the Holman and Coleman and did not observe Coleman to have said anything harassing in nature on that particular post. Coleman said

it all had escalated since then and he is becoming very concerned. When asked how the threats on Instagram made him feel, he said that he believed Holman could/would travel to Wisconsin, where he and Cockroft live, in order to kill them.

26.    Coleman believed that Holman would harm him. When asked how Cockroft felt about the comments, Coleman said that she was very upset about them as well.

27.    Holman has two vehicles, which are both registered to him. One of the vehicles is a green Subaru Outback bearing Colorado license plate: BDNC42. He also has a black Toyota Camry bearing Wisconsin license plate: 832VFX. Holman knows where Coleman resides and specifically references that in one of the Instagram videos. Holman makes several comments about having a "collection of guns" and a large amount of ammunition. This is a concern due to Holman's severe dislike and distrust of law enforcement, his threats to others, and his mental state. As referenced above, Holman's close friends believe that he is heavily armed most of the time, if not all of the time. He was recently fired from his job, adding to his frustrations. He told a friend, KARL WATSON, that he "had nothing to live for" so he "found something to die for".

28.    When MPD Detective Graves interviewed Holman in regards to the suicide of his wife, he stated that he has purchased the weapons and supplies since the recent death of George Floyd, which sparked racial tensions and hostility toward law enforcement. Holman has posted various pictures and videos of the large capacity magazines, which are clearly capable of holding more than 15 rounds.

## Information About Instagram

29.     From my review of publicly available information provided by Instagram about its service, including Instagram's "Privacy Policy," I am aware of the following about Instagram and about the information collected and retained by Instagram.

30.     Instagram owns and operates a free-access social-networking website of the same name that can be accessed at http://www.instagram.com.  Instagram allows its users to create their own profile pages, which can include a short biography, a photo of themselves, and other information.  Users can access Instagram through the Instagram website or by using a special electronic application ("app") created by the company that allows users to access the service through a mobile device.

31.     Instagram permits users to post photos to their profiles on Instagram and otherwise share photos with others on Instagram, as well as certain other social-media services, including Flickr, Facebook, and Twitter.  When posting or sharing a photo on Instagram, a user can add to the photo: a caption; various "tags" that can be used to search for the photo (e.g., a user made add the tag #vw so that people interested in Volkswagen vehicles can search for and find the photo); location information; and other information.  A user can also apply a variety of "filters" or other visual effects that modify the look of the posted photos.  In addition, Instagram allows users to make comments on posted photos, including photos that the user posts or photos posted by other users of Instagram.  Users can also "like" photos.

32.     Upon creating an Instagram account, an Instagram user must create a unique Instagram username and an account password.  This information is collected and maintained by Instagram.

33.     Instagram asks users to provide basic identity and contact information upon registration and also allows users to provide additional identity information for their user profile. This information may include the user's full name, e-mail addresses, and phone numbers, as well as potentially other personal information provided directly by the user to Instagram. Once an account is created, users may also adjust various privacy and account settings for the account on Instagram. Instagram collects and maintains this information.

34.     Instagram allows users to have "friends," which are other individuals with whom the user can share information without making the information public. Friends on Instagram may come from either contact lists maintained by the user, other third-party social media websites and information, or searches conducted by the user on Instagram profiles. Instagram collects and maintains this information.

35.     Instagram also allows users to "follow" another user, which means that they receive updates about posts made by the other user. Users may also "unfollow" users, that is, stop following them or block the, which prevents the blocked user from following that user.

36.     Instagram allow users to post and share various types of user content, including photos, videos, captions, comments, and other materials. Instagram collects and maintains user content that users post to Instagram or share through Instagram.

37.     Instagram users may send photos and videos to select individuals or groups via Instagram Direct. Information sent via Instagram Direct does not appear in a user's feed, search history, or profile.

38.     Users on Instagram may also search Instagram for other users or particular types of photos or other content.

39.     For each user, Instagram also collects and retains information, called "log file" information, every time a user requests access to Instagram, whether through a web page or through an app.  Among the log file information that Instagram's servers automatically record is the particular web requests, any Internet Protocol ("IP") address associated with the request, type of browser used, any referring/exit web pages and associated URLs, pages viewed, dates and times of access, and other information.

40.     Instagram also collects and maintains "cookies," which are small text files containing a string of numbers that are placed on a user's computer or mobile device and that allows Instagram to collect information about how a user uses Instagram.  For example, Instagram uses cookies to help users navigate between pages efficiently, to remember preferences, and to ensure advertisements are relevant to a user's interests.

41.     Instagram also collects information on the particular devices used to access Instagram.  In particular, Instagram may record "device identifiers," which includes data files and other information that may identify the particular electronic device that was used to access Instagram.

42.     Instagram also collects other data associated with user content.  For example, Instagram collects any "hashtags" associated with user content (i.e., keywords used), "geotags" that mark the location of a photo and which may include latitude and longitude information, comments on photos, and other information.

43.     Instagram also may communicate with the user, by email or otherwise.  Instagram collects and maintains copies of communications between Instagram and the user.

44.     On August 7, 2020, I served Instagram with a preservation request pursuant to 18 U.S.C. § 2703(f), requiring Instagram to preserve all information associated with the SUBJECT ACCOUNT.

45.     As explained herein, information stored in connection with an Instagram account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, an Instagram user's account activity, IP log, stored electronic communications, and other data retained by Instagram, can indicate who has used or controlled the Instagram account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, direct messaging logs, shared photos and videos, and captions (and the data associated with the foregoing, such as geo-location, date and time) may be evidence of who used or controlled the Instagram account at a relevant time.  Further, Instagram account activity can show how and when the account was accessed or used.  For example, as described herein, Instagram logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of Instagram access, use, and events relating to the crime under investigation.  Additionally, Instagram builds geo-location into some of its services.  Geo-location allows, for example, users to "tag" their location in posts and Instagram "friends" to locate each other.  This geographic and timeline information may tend to either inculpate or

exculpate the Instagram account owner.  Last, Instagram account activity may provide relevant insight into the Instagram account owner's state of mind as it relates to the offense under investigation.  For example, information on the Instagram account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

46.     Based on the information above, the computers of Instagram are likely to contain all the material described above with respect to the SUBJECT ACCOUNT, including stored electronic communications and information concerning subscribers and their use of Instagram, such as account access information, which would include information such as the IP addresses and devices used to access the account, as well as other account information that might be used to identify the actual user or users of the account at particular times.

### Information To Be Searched And Things To Be Seized

47.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular Title 18, United States Code, Sections 2703(a), (b)(1)(A), and (c)(1)(A), by using the warrant to require Instagram to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

### Conclusion

48.     Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence, fruits, and instrumentalities of violations, or attempted

violations, of Title 18, United States Code, Section 875 (Interstate Communications) may be located in the SUBJECT ACCOUNT described in Attachment A.

49.     Based on the forgoing, I request that the Court issue the proposed search warrant.

50.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Instagram.  Because the warrant will be served on Instagram, who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

## REQUEST FOR NON-DISCLOSURE

52.     Pursuant to 18 U.S.C. §§ 2703(b)(1)(A) and 2705(b), I request the Court order Facebook not to notify any other person of the existence of this warrant for the period of one year.  This request is made because notification of the existence of the warrant will result in endangering the life or physical safety of an individual, flight from prosecution, destruction of or tampering with evidence, and intimidation of potential witnesses.

53.     For the same reasons, I respectfully request that this affidavit and the Court's Order be RESTRICTED at level 3 until further order of this Court.

## REQUEST FOR SEALING

51.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of

the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

John Busch
Special Agent
Federal Bureau of Investigation

Subscribed, attested to, and acknowledged by reliable electronic means on August  28 , 2020.

_____
The Honorable Judge Gordon Gallagher
United States Magistrate Judge

Application for search warrant was reviewed and is submitted by Pete Hautzinger, Assistant United States Attorney.

19

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the Instagram profile with username:

"peteiegreen"

that is stored at premises owned, maintained, controlled, or operated by Instagram, LLC, a

company that is owned by Facebook, Inc. and headquartered in Menlo Park, California.

<u>**ATTACHMENT B**</u>

**Particular Things to be Seized**

I.     **Information to be disclosed by Instagram, LLC**

To the extent that the information described in Attachment A is within the possession,

custody, or control of Instagram, LLC, including any messages, records, files, logs, or

information that have been deleted but are still available to Instagram, LLC, or have been

preserved pursuant to a request made under 18 U.S.C. § 2703(f), Instagram, LLC is required to

disclose the following information to the government for each account listed in Attachment A:

a.   All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, and other personal identifiers;

b.   All past and current usernames associated with the account;

c.   The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

d.   All activity logs including IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;

e.   All information regarding the particular device or devices used to login to or access the account, including all device identifier information or cookie information, including all information about the particular device or devices used to access the account and the date and time of those accesses;

f.   All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

g.   All communications or other messages sent or received by the account from 6/14/2020 to 8/27/2020;

h.   All user content created, uploaded, or shared by the account, including any comments made by the account on photographs or other content from 6/14/2020 to 8/27/2020;

i.   All photographs and images in the user gallery for the account from 6/14/2020 to 8/27/2020;

j.   All location data associated with the account, including geotags from 6/14/2020 to 8/27/2020

k.     All data and information that has been deleted by the user from 6/14/2020 to 8/27/2020;

l.     A list of all of the people that the user follows on Instagram and all people who are following the user (*i.e.*, the user's "following" list and "followers" list), as well as any friends of the user;

m.     A list of all users that the account has "unfollowed" or blocked;

n.     All privacy and account settings;

o.     All records of Instagram searches performed by the account, including all past searches saved by the account from 6/14/2020 to 8/27/2020;

p.     All information about connections between the account and third-party websites and applications; and,

q.     All records pertaining to communications between Instagram, LLC and any person regarding the user or the user's Instagram account, including contacts with support services, and all records of actions taken, including suspensions of the account.

Instagram is hereby ordered to disclose the above information to the government within

**14 days** of issuance of this warrant.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 875 involving Darrell Holman since June 14, 2020, including, for each username identified on Attachment A, information pertaining to the following matters:

(a)  A threat to kill Deunta Coleman and Rhyan Cockroft

(b)  Evidence indicating how and when the Instagram account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Instagram account owner;

(c) Evidence indicating the Instagram account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID **deunta17**, a username controlled by Deunta Coleman, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.